IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASILIY POPOV,

     Petitioner,             Civ. No. S-09-1312 KJM P

    vs.

M. MARTEL,

     Respondent.        <u>ORDER</u>

_____/

         Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 26, 2010 dismissal of his application for a writ of habeas corpus for untimeliness.  Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

         Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

1

debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

After careful review of the entire record herein, this court finds that petitioner has not satisfied the first requirement for issuance of a certificate of appealability in this case. Specifically, there is no showing that jurists of reason would find it debatable whether the petition is timely.  This result is not changed by the new materials, including the declaration of the writ writer appended to these objections, which was not included with the opposition to the motion to dismiss.

IT IS THEREFORE ORDERED that petitioner's motion for the issuance of a certificate of appealability (docket no. 26) is denied.

DATED:  September 28, 2010.


_____
U.S. MAGISTRATE JUDGE

2

popo1312.coa

2