IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASILIY POPOV,

        Petitioner,                  No. CIV S-09-1312 KJM P

   vs.

M. MARTEL,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner has filed a motion to proceed in forma pauperis on appeal from the judgment and order granting respondent's motion to dismiss. He paid the initial filing fee for this action.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court that:

        (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

        (B) claims an entitlement to redress; and

/////

1

1         (C) states the issues that the party intends to present on appeal.

2 Fed. R. App. P. 24(a)(1).

3         Petitioner's application to proceed in forma pauperis shows his inability to pay

4 the filing fee on appeal. His request for the issuance of a certificate of appealability (docket no.

5 26) outlines the issues he wishes to present on appeal, which he believes will entitle him to

6 redress.

7         IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis

8 on appeal (docket no. 30) is granted.

9 DATED: November 18, 2010.

_____

U.S. MAGISTRATE JUDGE

2