1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VASILIY POPOV,

11             Petitioner,              No. CIV S-09-1312 CKD P

12      vs.

13   M. MARTEL,

14             Respondent.             <u>ORDER</u>

15   _____/

16        Petitioner has filed a motion asking this court to vacate its July 26, 2010 order

17   dismissing his habeas corpus petition as untimely.  Both parties have consented to jurisdiction by

18   United States Magistrate Judge.

19        A district court may reconsider a ruling under either Federal Rule of Civil

20   Procedure 59(e) or 60(b).  <u>See</u> <u>Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.</u>, 5

21   F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is

22   presented with newly discovered evidence, (2) committed clear error or the initial decision was

23   manifestly unjust, or (3) if there is an intervening change in controlling law."  <u>Id.</u> at 1263.

24        Plaintiff does not present newly discovered evidence suggesting this matter should

25   not have been dismissed as untimely.  Furthermore, the court finds that, after a <u>de</u> <u>novo</u> review of

26   this case, the July 26, 2010 order dismissing the case is neither manifestly unjust nor clearly

1  erroneous.

2          Accordingly, IT IS HEREBY ORDERED that plaintiff's September 10, 2012

3  motion to vacate the judgment is denied.

4   Dated: October 1, 2012

5

6                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10  8
   popo1312.mfr

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26